# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER   6:11-cr-00324 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| RACHEAL FRILOT | * | MAG. JUDGE HANNA |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Racheal Frilot, and adjudges her guilty of the offenses charged in **Count One** of the Bill of Information against her.

THUS DONE AND SIGNED in chambers, this 18th day of June 2012 in Shreveport, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE